IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In Re:
DEREK KYLE HART
DONNA LYNN HART                           Case No. 9:13-bk-13142-FMD

                Debtor
_____/

## TRUSTEE'S REPORT OF SALE

The undersigned Trustee of the estate of the above-named Debtor reports as follows:

1. On October 10, 2013, the Trustee filed notice of his intention to sell property of the Estate (real property located at 418 SE 18th Terrace, Cape Coral, Florida). The Notice was duly served by the Trustee on parties in interest in accordance with the Bankruptcy Code.

2. On November 7, 2013, absent any objections to the sale, the Trustee sold the estate's interest in real property as described in the notice to the highest bidder for the total sum of $7,500.00.

3. The Trustee has received the sale proceeds.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to the Assistant U.S. Trustee, 501 E. Polk Street, Suite 1200, Tampa, FL 33602 this 8th day of November 2013.

                                          /s/ Robert E. Tardif Jr.
                                          Robert E. Tardif Jr., Trustee
                                          Post Office Box 2140
                                          Fort Myers, FL 33902
                                          (239) 362-2755
                                          (239) 362-2756 (facsimile)
                                          rtardif@comcast.net